# In The Matter Of:

*Great American Assurance v.*
*Braddy Preparatory Academy, et al.*

*Dr. Carroll Harrison Braddy*
*August 19, 2020*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

Page 113

1  locations did you use them?
2  A.  Different, different facilities:  125,
3  Highway 138, Riverdale, 7265 Mt. Zion Road.
4  Q.  Any other properties or locations?
5  A.  Not that I recall.
6  Q.  And I think you said that Keith Hughes did
7  not visit the campus prior to --
8  A.  Right.
9  Q.  -- the vandalism occurring; is that right?
10  A.  Correct.
11  Q.  So he only saw it in a post vandalized
12  state?
13  A.  Right.
14  Q.  Okay.  So did -- post April of 2018, did
15  Braddy Prep ever occupy 1706 Washington Road?
16  A.  No.
17  Q.  What's your understanding of when Point
18  University left the -- what we're calling the East
19  Point campus?
20  A.  I have absolutely no clue when they left.
21  Q.  Is it fair to say that when you were in the
22  process of negotiating the lease for the East Point
23  campus Point had, had been out for some time?
24  A.  I think, I think it's fair to say that
25  they -- that Point University wasn't -- was no longer

Page 114

1  occupying East Point campus when I negotiated the
2  lease.
3      MR. DOWLING:  Okay.  Go off the record for
4  a second.
5      (Whereupon, a discussion was held off the
6  record.)
7  Q.  (By Mr. Dowling) In terms of procuring
8  insurance for the East Point campus, my understanding
9  is that you delegated that completely to Lorraine
10  Brooks; is that right?
11  A.  Yes.
12  Q.  And you never personally had any
13  interactions whatsoever with anyone affiliated with
14  Powers-Leavitt Insurance Agency during the time that
15  you were negotiating the lease and procuring
16  insurance?
17  A.  I don't know if I spoke with Gizela Evans
18  via phone or not.
19  Q.  I know you did afterwards with Russ Hart.
20  A.  Yeah.  So I don't recall speaking with her
21  during the -- it was all via, you know, e-mailing,
22  you know, back and forth with landlord, et cetera.
23  Q.  And during those -- did you have any
24  insurance-related conversations with the landlord
25  during the period you were working to try to get the

Page 115

1  policies in place for the East Point campus?
2  A.  Not that I, not that I recall.
3  Q.  Hand you what we've previously marked as
4  Exhibit 37.  If you will just kind of, you know, take
5  a quick look through -- well, take as much time as
6  you need to review that e-mail correspondence.
7  A.  Okay.
8  Q.  It does not look to me like you were copied
9  on any of those messages, but I would like to confirm
10  that; you know, if there's a BCC that didn't show up
11  on, you know, the printed copies that we got or
12  anything like that.  I just want to make sure that
13  that is correct and that you were not copied in any
14  way, shape, or form on any of this e-mail
15  correspondence.
16  A.  No.  Not that I -- I don't see me being
17  copied on this.
18  Q.  And as you're sitting here right now
19  looking at this correspondence, do you recall, you
20  know, other than sitting here right now being
21  provided a copy of it before today?
22  A.  A copy of this?
23  Q.  Correct.
24  A.  No.  I don't recall.
25  Q.  And, you know, Lorraine never forwarded you

Page 116

1  any of the e-mails that are in the body of, you know,
2  the messages that are contained in Exhibit 37?
3  A.  From Linda, from Heidi, from Gizela
4  (inaudible).
5      THE REPORTER:  Keep your voice up or just
6  think to yourself cause I'm having a hard time
7  hearing you.
8      THE WITNESS:  Oh, I'm sorry.  I'm just
9  reading.
10      No.  She didn't -- Lorraine didn't forward
11  me anything.
12  Q.  (By Mr. Dowling) Yeah.  Just wanted to make
13  sure.
14      And walk me through, you know, the -- at
15  what point during the lease negotiations did the, you
16  know, insurance procurement process start?  And how
17  did you go about communicating to Lorraine what you
18  needed given the lease negotiations?
19  A.  Once we received the initial license which
20  was separate from the lease that became a part of the
21  lease --
22  Q.  Right.
23  A.  -- we -- I gave it to Lorraine and she
24  looked.  And I told her we need to have -- you know,
25  we need to get insurance.  And within the body of the