IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Great American Assurance Company,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **CIVIL ACTION FILE NO:**<br>) **1:18-cv-04974-SDG**<br>) |
| **Braddy Preparatory Academy, Inc.,** | )<br>) |
| Defendant, | )<br>)<br>) |
| vs. | )<br>) |
| **Powers-Leavitt Insurance Agency Inc.,** | )<br>)<br>) |
| Third-Party Defendant. | ) |

## MOTION FOR DISBURSEMENT

COMES NOW, Great American Assurance Company, by and through its attorneys of record, and, pursuant to LR 67.1, hereby request the Court authorize the disbursement of registry funds. Great American initially deposited a principle sum of $74,490.42 into the Court's Registry via check nos. 0000616833 (dated January 14, 2019, in the amount of $49,733.52) and 0000636305 (dated February 14, 2020, in the amount of $24,756.90). Great American now requests the Court authorize the disbursement of the principal amount of $74,490.42 plus all accrued

1

interest, minus any statutory users fees, payable to Braddy Preparatory Academy, Inc. and mail or deliver the check to Braddy Preparatory Academy, Inc., care of its attorney, David Forestner, at Taylor English Duma LLP, Trust Account, 1600 Parkwood Circle, Ste. 400, Atlanta, GA 30339.

Respectfully submitted this 4th day of November, 2020.

DREW ECKL & FARNHAM, LLP

*/s/ H. Michael Bagley*
Georgia Bar No. 031425

*/s/ Paul A. Wildes*
Georgia Bar No. 449977
880 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-885-1400
Facsimile: 404-876-0992

Counsel for Defendants certifies that this pleading complies with Local Rule 5.1. The type is Times New Roman, 14 point.